UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 5:24-mj-2 |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | CRIMINAL COMPLAINT |
| JOSHUA HERMAN PHILLIPS | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order, the Criminal Complaint, and the attached Affidavit be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, the Criminal Complaint, and the attached Affidavit, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to william.wiseman@usdoj.gov).

This the 20th day of August 2024.

David C. Keesler
United States Magistrate Judge